JEAN CONKLIN v. SHOP RITE OF MANAHAWKIN, INC.

December 16, 1986.

Petition for certification denied.

CITY OF ATLANTIC CITY v. ROSÁRIO CONSTANTINO, ET AL.

December 16, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. AURELIO SOLER.

December 16, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. PAUL JONOVIC.

December 16, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. DONALD J. STANKOWSKI.

December 16, 1986.

Petition for certification denied.